IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | CASE NO. CV F 06-1264 OWW LJO |
| Plaintiff, | ORDER FOR SERVICE OF COMPLAINT |
| vs. | |
| OFFICER RUIZ, et al., | |
| Defendants. | |

Plaintiff Phillip Sanders ("plaintiff") proceeds pro se and in forma pauperis in this action. Pursuant to this Court's order, plaintiff filed his first amended complaint on October 10, 2006. Accordingly, this Court:

1. FINDS service of the first amended complaint is appropriate on only defendants Fresno City Police Officers Ruiz and Bishop;[1]

2. DIRECTS this Court's clerk to send plaintiff two USM-285 forms, two summonses, two Notices of Submission of Documents, an instruction sheet and a copy of the first amended complaint filed October 10, 2006;

3. ORDERS plaintiff, no later than November 3, 2006, to complete the attached Notice of

---

[1] Plaintiff's original complaint had named "Fresno City Police Dept." as the only defendant. Plaintiff's operative first amended complaint names as defendants only Fresno City Police Officers Ruiz and Bishop. As such, this action will proceed only as to them as defendants.

1

Submission of Documents and submit the completed Notices of Submission of Documents to the Court with the following documents:

    a.    A completed summons each for defendant Fresno City Police Officer Ruiz and defendant Fresno City Police Officer Bishop;

    b.    A completed USM-285 form each for defendant Fresno City Police Officer Ruiz and defendant Fresno City Police Officer Bishop; and

    c.    Three copies of the endorsed first amended complaint filed October 10, 2006; and

4.    DIRECTS this Court's clerk to issue an order to set a scheduling conference.

Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, this Court will direct the United States Marshal to serve the defendant pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in recommendation to dismiss this action. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:   October 13, 2006**                  /s/ Lawrence J. O'Neill
66h44d                                           UNITED STATES MAGISTRATE JUDGE