IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OFFICER RUIZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 06-1264 OWW LJO<br><br>**ORDER TO RESUBMIT DOCUMENTS FOR SERVICE OF SUMMONS AND COMPLAINT** |

　　　　Plaintiff Phillip Sanders ("plaintiff") proceeds pro se and in forma pauperis in this action. Pursuant to this Court's order, plaintiff filed his first amended complaint on October 10, 2006. This Court that found service of the first amended complaint is appropriate on only defendants Fresno City Police Officers Ruiz and Bishop.[1] Plaintiff submitted documents to this Court to serve the summons and first amended complaint, and the documents were forwarded to the United States Marshal for service. In response to this Court's inquiry, the office for United States Marshal indicates that it did not receive the documents to serve the summons and first amended complaint. As such, this Court:

　　　　1.　　DIRECTS this Court's clerk to send plaintiff two USM-285 forms, two summonses, two Notices of Submission of Documents, an instruction sheet and a copy of the first

---

[1] Plaintiff's original complaint had named "Fresno City Police Dept." as the only defendant. Plaintiff's operative first amended complaint names as defendants only Fresno City Police Officers Ruiz and Bishop. As such, this action will proceed only as to them as defendants.

1

1      amended complaint filed October 10, 2006; and

2    2.    ORDERS plaintiff, no later than February 23, 2007, to complete the attached Notice of Submission of Documents and submit the completed Notices of Submission of Documents to the Court with the following documents:

     a.    A completed summons each for defendant Fresno City Police Officer Ruiz and defendant Fresno City Police Officer Bishop;

     b.    A completed USM-285 form each for defendant Fresno City Police Officer Ruiz and defendant Fresno City Police Officer Bishop; and

     c.    Three copies of the endorsed first amended complaint filed October 10, 2006.

Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, this Court will direct the United States Marshal to serve the defendant pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in recommendation to dismiss this action. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:  January 8, 2007**       /s/ Lawrence J. O'Neill
66h44d      UNITED STATES MAGISTRATE JUDGE