UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP SANDERS, | ) | 1:06-cv-1264 OWW NEW |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | Further Scheduling |
| FRESNO CITY POLICE DEPARTMENT, | ) | Conference Date: 5/4/07 |
| OFFICER BISHOP AND OFFICER RUIZ, | ) | 8:45 Ctrm. 3 |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I.  Date of Scheduling Conference.

   **March 14, 2007.**

II. Status of Case.

   Plaintiff, Phillip Sanders, appeared telephonically. Mr. Sanders advised that after he received the Summons and four copies of the Complaint and returned those to Court on November 3, 2006, Judge O'Neill issued an Order on January 9, 2007, for Plaintiff to re-submit documents for service of Summons and Complaint.

   On February 21, 2007, Plaintiff Sanders submitted two Summons, two U.S. Marshal 285 forms, and three copies of the Complaint.

1

1     Apparently, the Marshal has not served the Summons and
2 Complaint on the named Defendants.  Accordingly, Mr. Sanders has
3 been instructed to return the Summons and Complaint to the Court
4 on or before March 16, 2007.  At that time the Courtroom Deputy
5 Clerk will coordinate with the Marshals to determine if there is
6 a reason the Summons and Complaint in this case have not been
7 served.
8     The Scheduling Conference in this case is continued to May
9 4, 2007, at 8:45 a.m., for Plaintiff to complete service of the
10 Summons and Complaint on named Defendants.

12 IT IS SO ORDERED.

13 **Dated:   March 15, 2007**          **/s/ Oliver W. Wanger**
emm0d6          UNITED STATES DISTRICT JUDGE