IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP SANDERS,** | 1:06-cv-01264-OWW-NEW (WMW) |
| Plaintiff, | |
| vs. | ORDER DENYING MOTION TO ADD FRESNO CITY POLICE DEPARTMENT AS DOE DEFENDANT AND REQUEST FOR SERVICE OF COMPLAINT |
| **OFFICER RUIZ, et al.,** | |
| Defendants. | |
| | (DOC. 15) |

Plaintiff is proceed pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On March 16, 2007, Plaintiff filed a motion requesting to add the Fresno City Police Department as one of the Doe defendants in "both cases." Plaintiff is informed initially that a motion filed in this case can request relief only as to this case. Further, Plaintiff has not named any Doe defendants in this case. Most importantly, the court has already determined, in the order entered January 9, 2007, that service of the first amended complaint was appropriate only on Officers Bishop and Ruiz. Nothing has changed to alter that finding.

Accordingly, Plaintiff's request to add the Fresno City Police Department as a defendant in this case is HEREBY DENIED.  Plaintiff's request for service of the complaint on the Fresno City Police Department is likewise DENIED. IT IS SO ORDERED.

**Dated:   March 28, 2007**             **/s/  William M. Wunderlich**
mmkd34                                       UNITED STATES MAGISTRATE JUDGE