1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   PHILLIP SANDERS,              )   1:06-cv-1264 OWW WMW
                                  )
10                 Plaintiff,     )   ORDER CONTINUING SCHEDULING
                                  )   CONFERENCE
11        v.                      )
                                  )   Further Scheduling
12  FRESNO CITY POLICE DEPARTMENT, )  Conference: 5/18/07 8:45
    OFFICER BISHOP AND OFFICER RUIZ, ) Ctrm. 3
13  et al.,                       )
                                  )
14                 Defendants.    )
                                  )
15  _____ )

16

17  I.   Date of Scheduling Conference.

18       May 4, 2007.

19  II.  Appearances Of Counsel.

20       Plaintiff Phillip Sanders appeared telephonically.  Mr.

21  Sanders has turned in the Summons and Complaint after it was re-

22  issued, to the U.S. Marshal.

23       The Courtroom Deputy is directed to contact the U.S.

24  Marshal's Service to determine the status of the service of the

25  Summons and Complaint.

26       Correspondingly, the Court continues this Scheduling

27  ///

28  ///

                                 1

1  | Conference to May 18, 2007, at 8:45 a.m.   Plaintiff may appear
2  | telephonically.
3  |
4  | IT IS SO ORDERED.
5  | Dated:   __May 8, 2007__                    _____/s/ Oliver W. Wanger_____
6  |                                             UNITED STATES DISTRICT JUDGE

2