**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP SANDERS,<br><br>        Plaintiff,<br><br>  v.<br><br>FRESNO CITY POLICE DEPARTMENT, OFFICER BISHOP AND OFFICER RUIZ, et al.,<br><br>        Defendant. | 1:06-cv-1264 OWW WMW<br><br>ORDER AFTER FURTHER SCHEDULING CONFERENCE<br><br>Further Scheduling Conference: 7/6/07 8:45 Ctrm. 3 |

**I.   Date of Further Scheduling Conference.**

    May 18, 2007.

**II.  Appearances Of Counsel.**

    Plaintiff Phillip Sanders, pro se, appeared telephonically.

    Weakley, Ratliff, Arendt & McGuire by Erica M. Camarena, Esq., appeared on behalf of Defendant Officer Ruiz.

**III. Status of Case.**

    1.   Defendant's counsel advised that Officer Ruiz has been served.  She is going to confirm whether Officer Bishop has been served.  It appears that the Fresno City Police Department was dismissed by earlier order of the Magistrate Judge.

    2.   Accordingly, so that pleadings will be entered before

```
the Court, and/or a responsive motion, the scheduling conference
is continued to July 6, 2007, at 8:45 a.m.
```

IT IS SO ORDERED.

**Dated:   May 18, 2007**                              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE