Erica M. Camarena, Esq.   Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, MARK BISHOP and IGNACIO RUIZ

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | CASE NO. 1:06 CV 01264 OWW GSA |
| Plaintiff | **EX PARTE REQUEST AND ORDER TO SHORTEN TIME TO HEAR DEFENDANTS' REQUEST FOR MODIFICATION OF SCHEDULING ORDER** |
| vs. | |
| OFFICER MARK BISHOP and IGNACIO RUIZ, | |
| Defendants. | Local Rule 6-144 |

Defendants MARK BISHOP and IGNACIO RUIZ ("defendants") hereby apply to this Court *ex parte*, seeking an order to shorten time to hear defendants' pending application to modify the Scheduling Order.

On June 27, 2008, defendants filed and served an application to modify the scheduling order and included a proposed order and a declaration from Defense Counsel, Erica M. Camarena. (Court Docket No. 52.)  The proposed Order was inadvertently e-mailed to Magistrate Judge Gary S. Austin's Court, and thereafter properly e-mailed to the Honorable Judge Oliver W. Wanger's Court.

The purpose of requesting the modification is to extend the discovery deadline and all other relevant dates, as discovery is not completed.  Discovery was set to expire on July 1, 2008.

///

///

Defendants' Ex Parte Request to Shorten Time

In her declaration, Ms. Camarena described her efforts to meet and confer with plaintiff to reach an agreement as to the deadline dates, but to no avail.  Defendants' ex parte request was made prior to the expiration of the discovery deadline date and was therefore, timely.

However, defendants did not prepare, file, and serve this application to shorten time.  As such, defendants respectfully request this Court grant defendants' request to shorten time to hear the pending motion/request to modify the scheduling order, as it is necessary since discovery has since expired.

Respectfully submitted,

DATED: July 8, 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
      Erica M. Camarena
      Attorneys for Defendants

## ORDER

Defendants' application to shorten time to hear defendants' pending request to modify the scheduling order to extend all dates, is hereby GRANTED.  The hearing on this matter will be held on:

DATE:     July 14, 2008
TIME:     11:30 a.m.
COURT:     Courtroom 3

Any response to defendants' motion shall be filed by plaintiff no later than:
DATE:     July 11, 2008

**IT IS SO ORDERED.**

**Dated: July 9, 2008**        **/s/ OLIVER W. WANGER**
      **United States District Court**
      **The Honorable Oliver W. Wanger**