1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  PHILLIP SANDERS,                )    1:06-cv-1264 OWW GSA
                                   )
10            Plaintiff,           )    ORDER DIRECTING *IN CAMERA*
                                   )    REVIEW OF RECORDS BY
11     v.                          )    MAGISTRATE JUDGE AUSTIN
                                   )
12  OFFICER MARK BISHOP and IGNACIO )
    RUIZ,                          )
13                                 )
              Defendants.          )
14                                 )
                                   )
15  _____ )

16

17        The parties appeared in this case relative to Defendants'

18  motion to compel further discovery and production of documents.

19  The parties, in open court, agreed that the records relating to

20  Defendant from the Fresno County Superior Court Department of

21  Probation shall be delivered to Magistrate Judge Austin for his

22  *in camera* review and determination of what, if any, of those

23  documents, should appropriately be disclosed under protective

24  order for use in this litigation.

25        It is further requested that Magistrate Judge Austin conduct

26  the review of the Defendants' probation file so that the current

27  ///

28  ///

                                   1

trial date can be maintained.

IT IS SO ORDERED.

Dated:    July 21, 2008          _____/s/ Oliver W. Wanger_____
                                 UNITED STATES DISTRICT JUDGE