# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP SANDERS, | ) | 1:06-cv-1264 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER SETTING SCHEDULING |
| | ) | CONFERENCE |
| v. | ) | |
| | ) | |
| FRESNO CITY POLICE DEPARTMENT, OFFICER BISHOP AND OFFICER RUIZ, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A Scheduling Conference in this case shall be held on September 5, 2008, at the hour of 8:15 a.m. The parties shall communicate before the conference so that any issues regarding scheduling and trial of this action can be addressed.

IT IS SO ORDERED.

**Dated:   August 20, 2008**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

1