UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICER MARK BISHOP and IGNACIO RUIZ,<br><br>        Defendants. | 1:06-cv-1264 OWW GSA<br><br>SCHEDULING CONFERENCE ORDER<br><br>Discovery Cut-Off: 10/6/08<br><br>Non-Dispositive and Dispositive Motion Filing Deadline: 11/3/08<br><br>Settlement Conference Date: None<br><br>Pre-Trial Conference Date: 12/15/08 11:00 Ctrm. 3<br><br>Trial Date: 2/10/09 9:00 Ctrm. 3 (JT-4 days) |

I.  Date of Scheduling Conference.

    September 5, 2008.

II. Appearances Of Counsel.

    Phillip Sanders appeared in pro se.

    Weakley, Ratliff, Arendt & McGuire, LLP by Erica M. Camarena, Esq., appeared on behalf of Defendants.

III. New Discovery Plan and Cut-Off Dates.

    1.  The parties are ordered to complete all discovery, including experts, on or before October 6, 2008.

IV. Pre-Trial Motion Schedule.

1.   Any pretrial motions, both non-dispositive and dispositive, except discovery motions, will be filed on or before November 3, 2008, and heard on December 1, 2008, at 10:00 a.m. before Judge Oliver W. Wanger in Courtroom 3.

2.   In scheduling such motions, the Judge may grant applications for an order shortening time pursuant to Local Rule 142(d).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

V.   Pre-Trial Conference Date.

1.   The new Pre-Trial Conference Date is December 15, 2008, at 11:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger, United States District Judge.

2.   The parties are ordered to file a Joint Pre-Trial Statement pursuant to Local Rule 281(a)(2).

3.   Counsel's attention is directed to Rules 281 and 282 of the Local Rules of Practice for the Eastern District of California, as to the obligations of counsel in preparing for the pre-trial conference.  The Court will insist upon strict compliance with those rules.

VI.   Motions - Hard Copy.

1.   The parties shall submit one (1) courtesy paper copy to the Court of any motions filed that exceed ten pages and any motions that have exhibits attached.  Exhibits shall be marked with <u>protruding numbered or lettered tabs</u> so that the Court can easily identify such exhibits.

VII.   Trial Date.

1.   February 10, 2009, at the hour of 9:00 a.m. in Courtroom 3, 7th Floor, before the Honorable Oliver W. Wanger,

1  United States District Judge.
2       2.    This is a jury trial.
3       3.    Counsels' Estimate Of Trial Time:
4             a.    4 days.
5       4.    Counsels' attention is directed to Local Rules
6  of Practice for the Eastern District of California, Rule 285.
7  VIII.  Settlement Conference.
8       1.    The parties will notify the Court if a Settlement
9  Conference will be productive.
10      2.    Unless otherwise permitted in advance by the
11 Court, the attorneys who will try the case shall appear at the
12 Settlement Conference with the parties and the person or persons
13 having full authority to negotiate and settle the case on any
14 terms at the conference.
15      3.    Permission for a party [not attorney] to attend
16 by telephone may be granted upon request, by letter, with a copy
17 to the other parties, if the party [not attorney] lives and works
18 outside the Eastern District of California, and attendance in
19 person would constitute a hardship.  If telephone attendance is
20 allowed, the party must be immediately available throughout the
21 conference until excused regardless of time zone differences.
22 Any other special arrangements desired in cases where settlement
23 authority rests with a governing body, shall also be proposed in
24 advance by letter copied to all other parties.
25      4.    Confidential Settlement Conference Statement.
26 At least five (5) days prior to the Settlement Conference the
27 parties shall submit, directly to the Magistrate Judge's
28 chambers, a confidential settlement conference statement.  The

statement should not be filed with the Clerk of the Court nor served on any other party.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon.  Counsel are urged to request the return of their statements if settlement is not achieved and if such a request is not made the Court will dispose of the statement.

     5.   The Confidential Settlement Conference Statement shall include the following:

        a.   A brief statement of the facts of the case.

        b.   A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

        c.   A summary of the proceedings to date.

        d.   An estimate of the cost and time to be expended for further discovery, pre-trial and trial.

        e.   The relief sought.

        f.   The parties' position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IX.   Request For Bifurcation, Appointment Of Special Master, Or Other Techniques To Shorten Trial.

    1.   None.

X.   Related Matters Pending.

    1.   There are no related matters.

XI. Compliance With Federal Procedure.

    1.   The Court requires compliance with the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.  To aid the court in the efficient administration of this case, all counsel are directed to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and keep abreast of any amendments thereto.

XII. Effect Of This Order.

    1.   The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to bring this case to resolution.  The trial date reserved is specifically reserved for this case.  If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent scheduling conference.

    2.   Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

    3.   Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   September 5, 2008            /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE