# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP SANDERS, | ) | 1:06-cv-01264 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO SHORTEN TIME TO HEAR MOTIONS |
| v. | ) | |
| OFFICER RUIZ and OFFICER BISHOP OF THE FRESNO CITY POLICE DEPARTMENT, | ) | (Document 73) |
| Defendants. | ) | |

On September 4, 2008, Defendants filed a Motion to Compel based on Plaintiff's failure to respond to Written Discovery and his failure to appear at his deposition. (Doc. 68). The Motion to Compel is currently set for October 17, 2008 at 9:30 a.m.

On September 17, 2008, Defendants also filed a Motion for Sanctions based on Plaintiff's noncompliance. (Doc. 72). The Motion for Sanctions is scheduled for October 24, 2008 at 9:30 am. On September 17, 2008, Defendants also filed an Ex Parte Application to Shorten Time to hear both motions on the basis that the discovery deadline is October 6, 2008. (Doc. 73).

In light of the pending discovery deadline, good cause exists to grant Defendants' application. Accordingly, Defendants' Ex Parte Application to Shorten Time is GRANTED. The hearings for the Motion to Compel and the Motion for Sanctions will be held on **Friday, October 3, 2008 at 9:30 in Courtroom 10.** All previously scheduled hearing dates for the

1

1  Motion to Compel and the Motion for Sanctions are VACATED.

2       Plaintiff shall file any opposition to the motions no later than **Monday, September 29,**
3  **2008.**  The parties shall also file a joint statement pursuant to Local Rule 37-251 no later than
4  **Tuesday, September 30, 2008.**  Plaintiff is advised that failure to file any opposition or failure
5  to attend the hearing may result in the motions being granted.  The parties are advised that they
6  should contact Carrie Esteves Courtroom Deputy, at 499-5962 immediately if this hearing date
7  needs to be rescheduled due to the unavailability of the parties.

8       IT IS SO ORDERED.

9   Dated:   **September 22, 2008**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

2