IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | ) CASE NO. 1:06 CV 01264 OWW GSA |
| Plaintiff | ) **ADDENDUM TO PROTECTIVE ORDER REGARDING THE FRESNO COUNTY DEPARTMENT OF PROBATION RECORDS** |
| vs. | ) |
| OFFICER MARK BISHOP and IGNACIO RUIZ, | ) |
| Defendants. | ) |

On July 24, 2008, this court issued a Protective Order and a related Order regarding an In Camera Review of records maintained by the Fresno County Department of Probation. (Doc. 62 and 63). Since the issuance of those Orders, documents relevant to Plaintiff's claims which were not previously disclosed by this Court have been located. Such documents include Plaintiff's Probation Instructions for the relevant time period of 2004-2006, Plaintiff's monthly status reports for that same time frame, and Plaintiff's Record of Contact also for that same period of time.

The Court orders that this addendum be fully incorporated into the July 24, 2008, Protective Order and Order Regarding In Camera Review. Accordingly, Plaintiff's Probation Instructions for the relevant time period of 2004-2006, Plaintiff's monthly status reports for that same time frame, and Plaintiff's Record of Contact also for that same period of time are incorporated into these Orders as outlined above. (Doc. 62 and 63).

/ / /

## **ADDENDUM TO PROTECTIVE ORDER**

WHEREAS, the Court has previously issued a Protective Order which governs the use of plaintiff's records obtained from the Fresno County Probation Department.  The Protective Order was signed on July 24, 2008, Court Docket No. 63 and the documents disclosed were described in the Court's Order Regarding In Camera Review, also signed July 24, 2008, Court Docket No. 62.

The following additional documents shall be incorporated into and governed by the Protective Order as though fully set forth therein; and also added to the list of documents described in the Court's Order Regarding In Camera Review at page 4, line 19:

11. Any and all Probation Instructions, Records of Contacts, and Monthly Report Forms for the relevant time period, which includes the years 2004 through 2006.

**IT IS SO ORDERED.**

DATED: _____, 2008.                    _____
                                                United States Magistrate Judge
                                                Gary S. Austin

**PROOF OF SERVICE**

    I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

    On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**PROPOSED ADDENDUM TO PROTECTIVE ORDER REGARDING THE FRESNO COUNTY DEPARTMENT OF PROBATION RECORDS**

addressed as follows:

Phillip Sanders
347 W. Almy
Fresno, California 93706
(559) 259-5841

☒    BY MAIL    I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

    I caused each envelope, with postage fully prepaid, to be placed in the United States mail,

3

1  at Fresno, California.

2  ☐      BY HAND    I hand delivered each envelope to the office listed above.

3  ☐      BY FACSIMILE    I served the above-mentioned document from Facsimile Machine No.: (559) 221-5262 to the interested parties at the facsimile numbers listed above.

4

5  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on October 13, 2008.

6

7

8              /s/ Cynthia Gale
             Cynthia Gale

9

10

11

12      IT IS SO ORDERED.

13      **Dated:    October 15, 2008**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

4