IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS,<br><br>    Plaintiff<br><br>vs.<br><br>OFFICER MARK BISHOP and IGNACIO RUIZ,<br><br>    Defendants. | CASE NO. 1:06 CV 01264 OWW GSA<br><br>**AMENDED ADDENDUM TO PROTECTIVE ORDER REGARDING THE FRESNO COUNTY DEPARTMENT OF PROBATION RECORDS** |

    On October 15, 2008, this court issued an Addendum to the Protective Order Regarding Fresno County Department of Probation Records. (Doc. 89). This Addendum was issued in error and is hereby VACATED. The instant Amended Addendum to the Protective Order related to those same documents is issued in place of the October 15, 2008 order.

    On July 24, 2008, this court issued a Protective Order and a related Order regarding an In Camera Review of records maintained by the Fresno County Department of Probation. (Doc. 62 and 63). Since the issuance of those Orders, documents relevant to Plaintiff's claims which were not previously disclosed by this Court have been located. Such documents include Plaintiff's Probation Instructions for the relevant time period of 2004-2006, Plaintiff's monthly status reports for that same time frame, and Plaintiff's Record of Contact also for that same period of time.

    The Court orders that this addendum be fully incorporated into the July 24, 2008, Protective Order and Order Regarding In Camera Review. Accordingly, Plaintiff's Probation Instructions for the relevant time period of 2004-2006, Plaintiff's monthly status reports for that same time frame,

and Plaintiff's Record of Contact also for that same period of time are incorporated into these Orders as outlined above. (Doc. 62 and 63).

IT IS SO ORDERED.

Dated:   **October 30, 2008**                              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE

2