**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PHILLIP SANDERS,**<br><br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**OFFICERS MARK BISHOP AND IGNACIO RUIZ,**<br><br>　　　　**Defendants.** | **1:06-cv-01264 OWW GSA**<br><br>**AMENDMENT TO ORDER DENYING DEFENDANTS' MOTION TO DISMISS (DOC. 139)** |

　　The order denying Defendants' motion to dismiss (Doc. 139) is amended by:

1) deleting "Defendant" at page 3, line 13 and replacing it with "Plaintiff";

2) deleting "Defendant" at page 3, line 15 and replacing it with "Plaintiff";

3) deleting "Defendant" at page 5, line 14 and replacing it with "Plaintiff"; and

4) deleting "Defendant" at page 5, line 21 and replacing it with "Plaintiff."

1

IT IS SO ORDERED.

**Dated:   January 27, 2009**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE