**FILED**
**JUDGMENT ENTERED**

_____
**Date**
by _____A. Timken_____
Deputy Clerk
U.S. District Court
Eastern District of California

\_\_XX\_\_\_   FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILLIP SANDERS,

    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-1264 OWW/GSA

OFFICER RUIZ,

    Defendant.
_____/

    JURY VERDICT:  This severed action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 2/12/2009, judgment is entered in favor of defendant Officer Ruiz and against plaintiff. Plaintiff shall take nothing by his complaint.

    DEFENDANT Officer Ruiz shall recover his costs of suit.

    The severed case of Officer Bishop remains set for trial.

DATED: February 13, 2009

    VICTORIA C. MINOR, Clerk

    /S/ Alice Timken
    By:
    Deputy Clerk

jgm.civ
2/1/95