```
                                          FILED
                                       JGMENT ENTERED
                                     _____
                                            Date
                                  by _____A. Timken_____
                                           Deputy Clerk
                                       U.S. District Court
                                   Eastern District of California
                                 __XX___   FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PHILLIP SANDERS,

       Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:06-CV-1264 OWW/GSA

OFFICER BISHOP,

       Defendant.
_____/

       JURY VERDICT:  This severed action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court 3/3/2009, judgment is entered in favor of defendant Officer Bishop and against plaintiff. Plaintiff shall take nothing by his complaint.

       DEFENDANT Officer Bishop shall recover his costs of suit.

DATED: March 4, 2009

                                            VICTORIA C. MINOR, Clerk

                                            /S/ Alice Timken
                                        By:
                                                    Deputy Clerk

jgm.civ
2/1/95